# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ALEX RUVALCABA, | 1:11-CV-1142 AWI JLT (HC) |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| | [Doc. Nos. 21, 30] |
| BRENDA M. CASH, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 19, 2012, the Magistrate Judge issued a Findings and Recommendation ("F&R") that recommended that Petitioner's motion for an order requiring the prison law library to provide access Lexis and Westlaw cases (Doc. No. 21) be DENIED. The F&R was served on all parties and contained notice that any objections were to be filed within twenty (20) days of the date of service of the order. No objections or responses of any kind have been filed.

OnIn accordance with the provisions of 28 U.S.C. § 636(b), this Court has reviewed the case. Having carefully reviewed the entire file and having considered the objections, the Court concludes that the Magistrate Judge's F&R is supported by the record and proper analysis, and there is no need to make modifications.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued July 19, 2012 (Doc. No. 30) is ADOPTED IN FULL; and

2. Petitioner's motion for an order requiring the prison law library to provide access Lexis and Westlaw cases (Doc. No. 21) is DENIED.

IT IS SO ORDERED.

Dated:   September 14, 2012

CHIEF UNITED STATES DISTRICT JUDGE